

NUMBER 13-11-00396-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A.N.S., A CHILD

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, S.R.[1], filed an appeal from a judgment entered by the County Court at Law No. 5 of Nueces County, Texas, in cause number 09-60641-5. On October 24, 2011, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on October 21, 2011, and that the deputy district clerk, Tiffany Garza, had notified this Court that appellant failed to make arrangements for payment of the

---

[1] In appeals from cases involving the termination of parental rights, the rules of appellate procedure require the use of an alias to refer to a minor, "and if necessary to protect the minor's identity, to the minor's parent or other family member." Tex. R. App. P. 9.8.

clerk's record.   The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.   *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
26th day of January, 2012.